# HIGGINS ASSOCIATES
## CIVIL & TRAFFIC ENGINEERS

1335 First Street, Suite A, Gilroy, CA 95020 • 408 848-3122 • fax 408 848-2202 • e-mail info@kbhiggins.com

May 2, 2001

Mr. Franco Mola
DMA Gilroy Partners, LLC
625 The City Drive, Suite 490
Orange, CA 92868

RE: Village Green Estates Subdivision Project; City of Gilroy, California
    Off-Site Roadway and Traffic Signal Improvements
    "Final" Proposal to Provide Professional Traffic Engineering Services

Dear Mr. Mola,

As you are aware, we have attended several meetings that involved defining the scope of work for the project off-site improvements. Based on our recent meeting with the City of Gilroy on April 30, 2001; we have revised our previous proposal (dated April 10, 2001) to reflect the necessary scope revisions. Essentially the City is still going to require the construction of a raised median (2' minimum) along Santa Teresa Boulevard to prohibit the ingress / egress left-turn movements at the northerly project access road and Third Street (westbound approach). However, the City does realize the potential impacts to the existing east curb line on Santa Teresa Boulevard and is going to allow the installation of 5' bike lanes / shoulders and 11' travel lanes. In addition, in order to minimize the construction costs associated with the Santa Teresa Boulevard median the City will also allow breaks in the median to accommodate the surface drainage and permit the installation of an extruded or mountable median. Therefore, the following proposal is based on direction received exclusively from the City of Gilroy, without any input from either Santa Clara County or the State of California Department of Transportation (Caltrans).

As stated in the previous proposal, the off-site improvements will also include the project frontage improvements along Santa Teresa Boulevard and State Route (SR) 152. The project frontage improvements along Santa Teresa Boulevard will include the installation of curb, gutter and sidewalk on the west side of Santa Teresa Boulevard (between Third Street and SR 152), the installation of a northbound left-turn lane at Third Street and the installation of a raised median along Santa Teresa Boulevard (between the north and southbound travel lanes). The installation of a northbound left-turn lane and a raised median near Third Street (2' minimum) may necessitate the construction of some minor paving improvements along the east side of Santa Teresa Boulevard at Third Street. The project frontage improvements along SR 152 will include the installation of the "ultimate" curb and gutter improvements on the south side of SR 152. In addition, the project has also been conditioned to implement the dual southbound left-turn lanes at the Santa Teresa Boulevard / SR 152 intersection; as well as provide sufficient room for both the north and eastbound "u-turn" movements. Our proposed services also include all necessary work required to design a new traffic signal at the Santa Teresa Boulevard / Third Street intersection and the required traffic signal modification improvements at the Santa Teresa Boulevard / SR 152 intersection. The following "Summary of Services" outlines the

A01-bx-Pro05.wpd

Mr. Franco Mola
May 2, 2001
Page 2

necessary tasks required to develop a complete set of Plans, Specifications and Estimates (PS&E) for the required off-site improvements along Santa Teresa Boulevard and SR 152.

## SUMMARY OF SERVICES

The following text presents a brief description of the individual tasks associated with the development of off-site improvement PS&E.

1. **Data Collection** - This task includes our time to attend the project kick-off meeting at RBF Consulting (held on March 14, 2001) to obtain copies of all project related data (ie: electronic files, aerial photographs, tentative map, roadway improvement plans, "as-built" signal plans, topographic survey data, etc). This task also includes our time to attend the various project scoping meetings held at the City of Gilroy and Giacalone Electric (March 20, March 30 and April 20).

2. **Utility and Survey Data** - This task includes obtaining records for all underground and overhead utility facilities required for the design of off-site improvements. This information will be used to supplement the utility data provided by RBF Consulting (included with topographic survey). This task will also include contact with Pacific Gas & Electric (PG&E) to discuss all requirements associated with the supply of electrical power to the Santa Teresa Boulevard / Third Street intersection, as well as the coordination with Giacalone Electric for signal service. A list of all required topographic survey data necessary for the design of off-site improvements will be prepared and forwarded to RBF Consulting (forwarded to RBF on March 26, 2001).

3. **Data Review and Site Visit** - This task includes a review of all project data described under Tasks #1 & #2. In addition, this task will also include a site visit to back-check all project data, including pavement limits, signing, striping and traffic signal equipment; and to investigate the possible locations for new and/or relocated traffic signal equipment at both Third Street and SR 152 (ie: signal standards, electrical service, etc).

4. **Project Coordination** - The design of off-site improvements will require extensive coordination with RBF Consulting and numerous public agencies. The following is a brief description of issues associated with each agency.

   a. <u>RBF Consulting</u> : RBF Consulting will be designing all on-site improvements and a portion of the off-site improvements. The off-site improvements that will be designed by RBF Consulting include the utility tie-in improvements, as well as the preparation of the "draft" and "final" PS&E for all required paving improvements along Santa Teresa Boulevard and SR 152. This task will also include the coordination of all aspects of the design associated with the proposed traffic signal improvements at both Third Street and SR 152.

A01-bx-Pro05.wpd

Mr. Franco Mola
May 2, 2001
Page 3

    b. <u>City of Gilroy</u>: Approval of all proposed improvements within the City Limits will be required by the City of Gilroy. This task includes the necessary work required to address all comments related to the design of "conceptual" roadway and traffic signal improvements, and the preparation of PS&E for the related traffic signal improvements. The preparation and submittal of all required permit material (including the appropriate applications) will be performed by RBF.

    c. <u>Santa Clara County</u>: An encroachment permit will be required to construct the proposed roadway and traffic signal improvements within the County's right-of-way. This task will include the necessary work required to revise the current Santa Teresa Boulevard "Access Agreement", as well as to address all comments regarding the design of "conceptual" roadway and traffic signal improvements, and the preparation of PS&E for the related traffic signal improvements. The preparation and submittal of all required permit material (including the appropriate applications) will be performed by RBF.

    d. <u>Caltrans</u>: An encroachment permit will be required to construct the proposed roadway and traffic signal improvements within the Caltrans right-of-way. This task will include the necessary work required to prepare the SR 152 Alignment Study, as well as to address all comments regarding the design of "conceptual" roadway and traffic signal improvements, and the preparation of PS&E for the related traffic signal improvements. The preparation and submittal of all required permit material (including the appropriate applications) will be performed by RBF.

    e. <u>Santa Clara Valley Transportation Authority (VTA)</u>: The design of project frontage improvements along Santa Teresa Boulevard and SR 152 will require the coordination with VTA to identify all proposed future "bus stop" locations. This task will include the necessary work required to establish the location(s) for future "bus stop" along Santa Teresa Boulevard and SR 152, within the limits of project frontage improvements.

As previously stated, the development of off-site improvement plans will require a substantial amount of coordination with the various public agencies. Therefore, this task includes our attendance at three (3) project development meetings to coordinate all aspects of the project design. Two (2) meetings with City, County and/or Caltrans representatives; and one (1) meeting with VTA representatives will be attended.

5. **Develop Base Plans** - This task includes the development of the appropriate base plan material for the required off-site roadway and traffic signal improvements. The base plans will identify all existing conditions information, including but not limited to, pavement limits, signing, pavement markings, striping, traffic signal equipment, utility facilities, etc. The base plans will be developed utilizing all available data as described under Tasks #1, #2 & #3.

A01-bx-Pro05.wpd

PAGE 3/9 * RCVD AT 5/18/2007 1:13:57 PM [Central Daylight Time] * SVR:/0 * DNIS:1 * CSID:847 281 3655 * DURATION (mm-ss):04-06

Mr. Franco Mola
May 2, 2001
Page 4

6. **Prepare SR 152 Alignment Study (Project Design Report)** - Prepare a Project Design Report (PDR) for SR 152 and Santa Teresa Boulevard within the project limits, which will include a review of all available existing and future traffic volume forecast data. A review of this volume data will be required to determine the appropriate design volumes and lengths of turn lanes at both the Santa Teresa Boulevard / Third Street and Santa Teresa Boulevard / SR 152 intersections; as well as to determine the appropriate signal phasing requirements. The PDR will illustrate all "ultimate" conditions including horizontal and vertical alignments, paving limits, right-of-way boundaries, striping details, lane transition areas and alignment/approach tapers. The "ultimate" conditions along Santa Teresa Boulevard will be based on the approved Santa Teresa Boulevard Plan Line Study. It should be mentioned that it will be essential to accurately define all "ultimate" improvements needed along SR 152 and Santa Teresa Boulevard in order to identify all "interim" improvements to be constructed with this project. This task also includes our attendance at one (1) project development meeting with City, County and Caltrans representatives to discuss the PDR and "ultimate" conditions.

7. **Prepare Conceptual Improvement Plans** - Based on an approved PDR, prepare a layout of the "conceptual" improvements including all paving and traffic signal improvements. The following is a brief description of the project components that will be included with the "conceptual" improvements.

   a. <u>Paving</u> : The design of paving improvements will include all deceleration and acceleration lanes, turn lanes, curb & gutter, sidewalk, signing and striping improvements. In addition, the paving improvements will also include the construction of a raised median (2' minimum) along Santa Teresa Boulevard. As previously stated, the installation of a northbound left-turn lane and a raised median near Third Street may necessitate the construction of some minor paving improvements along the east side of Santa Teresa Boulevard at Third Street. All efforts will be made to minimize the extent of any roadway improvements that may be necessary along the east side of Santa Teresa Boulevard. It is our understanding that the paving improvements associated with this project will <u>not</u> include any improvements to the existing Uvas Creek bridge located immediately south of the project site and that all paving improvements will conform at the existing north bridge abutment.

   b. <u>Traffic Signal</u> : The design of traffic signal improvements will include all proposed signal equipment at the Third Street intersection (ie: controller, service pedestal, signal standards, conduit runs, etc.); as well as the locations of all relocated and/or new signal equipment at the SR 152 intersection. It should be noted that the design of traffic signal improvements at Third Street and SR 152 will need to include both an "interim" and "ultimate" design in order to ensure that all proposed "interim" traffic signal improvements are constructed in their "ultimate" locations. All proposed traffic signal improvements on the west side of Santa Teresa Boulevard and the south side of SR 152 will be designed in their "ultimate" locations.

A01-bx-Pro05.wpd

PAGE 4/9 * RCVD AT 5/18/2007 1:13:57 PM [Central Daylight Time] * SVR:/0 * DNIS:1 * CSID:847 281 3655 * DURATION (mm-ss):04-06

Mr. Franco Mola
May 2, 2001
Page 5

The "conceptual" improvement plans will be forwarded to RBF Consulting and the various public agencies (City of Gilroy, Santa Clara County and Caltrans) for initial review and comment. In order to expedite the review and approval process, this task will also include our attendance at one (1) project development meeting. One (1) meeting with City, County and Caltrans representatives will be attended.

8. **Draft Improvement PS&E** - Upon approval of the "conceptual" improvement plans, prepare a complete set of "draft" PS&E for all related signing, striping and traffic signal improvements. Per direction received from RBF Consulting, the "draft" PS&E for all paving improvements will be prepared by RBF Consulting. The "draft" PS&E for all signing, striping and signal improvements will include all items as described under Task #7; as well as all signal phasing diagrams, service equipment wiring diagrams, pole & equipment schedules, conduit & conductor schedules, all required construction drawings, technical specification information and an engineer's opinion of the probable construction costs. The "draft" PS&E for all signing, striping and traffic signal improvements will be forwarded to RBF Consulting and the various public agencies for review and comment. In order to expedite the review and approval process, this task will include our attendance at one (1) project development meeting. One (1) meeting with City, County and Caltrans representatives will be attended.

9. **Final Improvement PS&E** - Upon receipt of all comments on the "draft" PS&E (signing, striping and traffic signal improvements), make all required revisions and prepare the "final" set of PS&E for all related signing, striping and traffic signal improvements. The "final" PS&E will include all improvements as described under Tasks #7 and #8, including all required construction drawings, technical specification information and construction cost estimate material. The "final" PS&E for the signing, striping and traffic signal improvements will be forwarded to RBF Consulting and the various public agencies for review and approval. This task also includes a limited budget for perform any revisions as required to address all final comments received from RBF Consulting and the various public agencies. One (1) reproducible set of the "final" PS&E will be forwarded to RBF Consulting for printing and distribution purposes.

Not included in the "Summary of Services" is the collection of any new traffic count, geotechnical or survey data; the analysis of utility requirements (ie: storm sewers, sanitary sewer, waterline, etc.); the design of pavement sections; the evaluation of potential environmental impacts; the design of a joint utility trench; the design of any improvements to the Uvas Creek bridge; the design of utility tie-in improvements; the design of a signal interconnect system; any significant redesign work associated with the proposed raised median on Santa Teresa Boulevard; the preparation of roadway paving "draft" or "final" PS&E; the preparation of construction traffic control plans; our attendance at more than six (6) additional project development meetings (48 hours); the provision of bidding activity support services (ie: assembly of bid packages, review of bids, etc.); the provision of construction support services (ie: review of equipment submittals, construction staking, attendance at the "pre-construction" meeting,

A01-bx-Pro0S.wpd

Mr. Franco Mola
May 2, 2001
Page 6

attendance at the signal turn-ons); the provision of more than one (1) set of reproducible "final" PS&E; any additional work required beyond the budgeted amount(s) for each Task (#1-#9) or any additional tasks not specifically included in this proposal.

Any additional work required to that described under the basic "Summary of Services" will be considered extra work; including, but not limited to, design changes requiring significant redesign work or the attendance at additional project development meetings. Receipt of written authorization for any additional work required beyond the basic "Summary of Services" will be required prior to performing any additional work beyond what is specifically described in this proposal.

## SERVICES FEE AND SCHEDULE

Our total estimated "NOT TO EXCEED" fee for the proposed traffic engineering services is $74,800. A detailed breakdown of the individual costs associated with each "Task" is attached for your review. Monthly progress billings will be submitted for actual time and expenses (T&E) based on the attached Fee Schedule (Effective through December 2001), with payment terms of net thirty (30) days and a 1½% service charge on all past due accounts. The attached Fee Schedule will also be utilized as a basis for determining the fee(s) for any additional work required and authorized by your office.

Higgins Associates is prepared to commence work on this design project immediately upon receiving written authorization to proceed and receipt of all required project related material. A detailed "Preliminary" Project Schedule is attached for your review, which illustrates the time required for each project development phase (PDR, Conceptual Improvement Plans, Draft PS&E and Final PS&E). All proposed tasks will be completed with due diligence in a timely manner, as required to expedite the review and approval process. If there become any protracted delays, for any reason, we will notify you immediately.

## STAFF PERSONNEL

Keith B. Higgins, C.E., T.E., P.T.O.E., President of Higgins Associates will provide any technical support required during the design of off-site improvements associated with this project. Mr. Higgins has over 20 years of experience as a transportation and traffic engineer, and has designed nearly one-hundred (100) traffic signals during his career. Mr. Higgins has also been involved with numerous transportation planning and design project within the City of Gilroy and Santa Clara County. Mr. Higgins brings a wide range of experience to the project development team, with his extensive knowledge of roadway and intersection geometric; and signing, striping and traffic signal design.

A01-bx-Pro05.wpd

PAGE 6/9 * RCVD AT 5/18/2007 1:13:57 PM [Central Daylight Time] * SVR:/0 * DNIS:1 * CSID:847 281 3655 * DURATION (mm-ss):04-06

Mr. Franco Mola
May 2, 2001
Page 7

Larry D. Hail, C.E., a Principal Associate with Higgins Associates will be the "principal-in-charge" for this design project. Mr. Hail is a registered professional engineer in California (civil), and has been involved with numerous transportation planning and design projects in California, Arizona, Missouri and Kansas. Mr. Hail has designed over fifty (50) traffic signals since joining Higgins Associates in 1997, and currently manages the majority of all design work produced by Keith B. Higgins & Associates, Inc.

Jack Frusetta, a Senior Associate with Higgins Associates will be the "project manager" for this design project. Mr. Frusetta has eight (8) years of experience in the civil engineering industry and has participated on design teams that produced construction documents, improvement plans and record maps for residential subdivisions, commercial sites, industrial sites and pipelines. Mr. Frusetta has also been involved with various field and office aspects of topographic and construction surveying.

· If the "Summary of Services", "Services Fee and Schedule" and terms of payment are acceptable, please sign and return one (1) copy of the attached Authorization-to-Proceed form, along with a 25% retainer fee ($18,700). If you have any questions regarding the contents of this proposal or need additional information, please contact me or Keith B. Higgins at your earliest possible convenience.

Keith B. Higgins & Associates, Inc.
Respectively Submitted,

Larry D. Hail, C.E.
Principal Associate

ldh:wp

attachments

cc:   Sean M. Davis, P.E. - RBF Consulting

A01-bx-Pro05.wpd

PAGE 7/9 * RCVD AT 5/18/2007 1:13:57 PM [Central Daylight Time] * SVR:/0 * DNIS:1 * CSID:847 281 3655 * DURATION (mm-ss):04-06

## Proposal To Provide Professional Traffic Engineering Services ( #A01-BX )
## Village Green Estates - Design of Off-Site Improvements; Gilroy, CA - Higgins Associates
### ( Fee Estimate - May 1, 2001 )

| Proposal Work Tasks | Personnel and Hourly Billing Rates | | | | | | | Total Hours | Total Fee |
|---|---|---|---|---|---|---|---|---|---|
| | Pres. $170 | Princ. Assoc. $143 | Senior Assoc. $138 | Assist. Eng. $90 | Sn. Cad Tech $85 | Clerical $68 | Field Tech $48 | Count Tech $37 | | |
| Task 1 - Data Collection & Meetings : | 18 | 22 | 10 | 4 | | | | | 54 | $7,946 |
| Task 2 - Utility and Survey Data : | | 2 | 4 | | | | | | 6 | $638 |
| Task 3 - Data Review and Site Visit : | | 2 | 6 | | | | 6 | | 14 | $1,402 |
| Task 4 - Project Coordination & 3 Meetings : | | | | | | | | | | |
| a. RBF Consulting - | | 8 | 8 | | | 4 | | | 20 | $2,480 |
| b. City of Gilroy - | | 8 | 12 | | | 4 | | | 24 | $3,032 |
| c. Santa Clara County - | 4 | 8 | 16 | | | 4 | | | 32 | $4,264 |
| d. Caltrans - | 4 | 8 | 12 | | | 4 | | | 28 | $3,712 |
| e. Valley Transportation Authority - | | 2 | 4 | | | 2 | | | 8 | $954 |
| Task 5 - Develop Base Plans : | | 2 | 4 | | 32 | | | | 38 | $3,558 |
| Task 6 - SR 152 Alignment Study (PDR) & Meeting : | 4 | 32 | 16 | 8 | 60 | | | | 120 | $13,284 |
| Task 7 - Prepare Conceptual Plans & Meeting : | | | | | | | | | | |
| a. Paving - | 2 | 16 | 10 | 16 | 40 | | | | 68 | $7,408 |
| b. Traffic Signal - | 4 | 16 | 10 | 16 | 32 | | | | 78 | $8,508 |
| Task 8 - Draft PS&E + Mtg. (Signing, Striping & Signals) : | 2 | 12 | 6 | 12 | 60 | 2 | | | 94 | $9,180 |
| Task 9 - Final PS&E (Signals & Signing / Striping) : | 2 | 12 | 6 | 8 | 48 | 2 | | | 78 | $7,804 |
| Total Hours : | 40 | 150 | 124 | 48 | 272 | 22 | 6 | 0 | 652 | $74,366 |
| Staff Expenses : | $6,800 | $21,450 | $17,112 | $4,320 | $23,120 | $1,276 | $288 | $0 | 652 | $74,366 |

Travel Expenses : $250
Printing : $184

TOTAL PROPOSAL COST : $74,800

PAGE 8/9 * RCVD AT 5/18/2007 1:13:57 PM [Central Daylight Time] * SVR:/0 * DNIS:1 * CSID:847 281 3655 * DURATION (mm-ss):04-06

F:\2001\Proposals\A01-bx\A01-bx-BUD03.qpw