982.1(1)

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State bar number, and address):
Michael A. Mayron * Gerald W. Emanuel   62036 * 61049
HINKLE, JACHIMOWICZ, POINTER & MAYRON
2007 West Hedding Street, Suite 100
San Jose, CA 95128
TELEPHONE NO.: (408) 246-5500   FAX NO. (Optional): (408) 246-1051
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Plaintiff RONALD DANIELS

FOR COURT USE ONLY

(ENDORSED)
FILED
JAN 29 04
CHIEF ___/CLERK
SUP___ COURT OF CA
___ SANTA CLARA
___ DEPUTY

NAME OF COURT: Santa Clara County Superior Court
STREET ADDRESS: 191 North First Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME:

PLAINTIFF: RONALD DANIELS

DEFENDANT: STATE OF CALIFORNIA, CAL TRANS, CITY OF GILROY
and
[X] DOES 1 TO 50, Inclusive

**COMPLAINT**—Personal Injury, Property Damage, Wrongful Death
[ ] AMENDED (Number):

Type (check all that apply):
[ ] MOTOR VEHICLE   [X] OTHER (specify): General Negligence
[X] Property Damage   [ ] Wrongful Death
[X] Personal Injury   [X] Other Damages (specify): Wage Loss

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
   Amount demanded [ ] does not exceed $10,000
                   [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
   [ ] from limited to unlimited
   [ ] from unlimited to limited

104

CASE NUMBER: CV-01-848-0

1. PLAINTIFF (name): RONALD DANIELS
   alleges causes of action against DEFENDANT (name): STATE OF CALIFORNIA, CAL TRANS, CITY OF GILROY & DOES 1-50
2. This pleading, including attachments and exhibits, consists of the following number of pages: 5
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Complaint-Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
982.1(1) [Rev. July 1, 2002]
Martin Dean's Essential Forms TM

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Code of Civil Procedure, §425.12

Ronald Daniels

| SHORT TITLE: DANIELS VS. STATE OF CALIFORNIA, CAL TRANS | CASE NUMBER |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant (name): STATE OF CALIFORNIA, CAL TRANS
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☒ a public entity (describe):
      (5) ☐ other (specify):

   c. ☒ except defendant (name): CITY OF GILROY
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☒ a public entity (describe):
      (5) ☐ other (specify):

   b. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Complaint-Attachment 5.

6. The true names and capacities of defendants sued as Does are unknown to plaintiff.

7. ☐ Defendants who are joined pursuant to Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☒ Plaintiff is required to comply with a claims statute, and
   a. ☒ plaintiff has complied with applicable claims statutes, or
   b. ☐ plaintiff is excused from complying because (specify):

982-1(1) (Rev. July 1, 2002)
Martin Dean's Essential Forms ™
COMPLAINT-Personal Injury, Property Damage, Wrongful Death
Page 2 of 3

Ronald Daniels

| SHORT TITLE: DANIELS VS. STATE OF CALIFORNIA, CAL TRANS | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):
    a. ☐ Motor Vehicle
    b. ☒ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☒ Premises Liability
    f. ☐ Other (specify):

11. Plaintiff has suffered
    a. ☒ wage loss
    b. ☒ loss of use of property
    c. ☒ hospital and medical expenses
    d. ☒ general damage
    e. ☒ property damage
    f. ☒ loss of earning capacity
    g. ☒ other damage (specify):
       Emotional distress

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Complaint-Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. PLAINTIFF PRAYS for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☒ compensatory damages
       (2) ☐ punitive damages
    b. The amount of damages is (you must check (1) in cases for personal injury or wrongful death):
       (1) ☒ according to proof
       (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers):

Date: January 26, 2004

Gerald A. Emanuel
(TYPE OR PRINT NAME)

▶ /s/ [signature]
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

982-1(1) (Rev. July 1, 2000)
Martin Dean's Essential Forms TM

COMPLAINT-Personal Injury, Property Damage, Wrongful Death        Page 1 of 3

Ronald Daniels

| | | 982.1(3) |
|---|---|---|
| SHORT TITLE: DANIELS VS. STATE OF CALIFORNIA, CAL TRANS | | CASE NUMBER: |

FIRST      CAUSE OF ACTION- General Negligence      Page ___4___

ATTACHMENT TO [X] Complaint    [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* RONALD DANIELS

alleges that defendant *(name):* STATE OF CALIFORNIA, CAL TRANS, CITY OF GILROY and

[X] Does ___1___ to ___50___

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* June 28, 2003
at *(place):* Hecker Pass Highway near Santa Teresa Blvd.

*(description of reasons for liability):*
Plaintiff injured himself in a motorcycle accident that resulted from a sign pole being bent into traffic and into the roadway. The State of California, Cal Trans, City of Gilroy and Does 1-50, Inclusive, knew, or should have known, about the sign being bent into traffic and the roadway.

CAUSE OF ACTION-General Negligence

Ronald Daniels

982.1(5)

| SHORT TITLE: DANIELS VS. STATE OF CALIFORNIA, CAL TRANS | CASE NUMBER: |
|---|---|

__SECOND__ (Number)    CAUSE OF ACTION - Premises Liability    Page __5__

ATTACHMENT TO ☒ Complaint ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

**Prem.L-1.** Plaintiff (name): RONALD DANIELS
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On (date): June 28, 2003    plaintiff was injured on the following premises in the following
fashion (description of premises and circumstances of injury):
Plaintiff injured himself in a motorcycle accident that resulted from a sign pole being bent into traffic and into the roadway. The accident occurred on Hecker Pass Highway. The sign was originally errected and should have been properly maintained by the State of California, Cal Trans. The damaged roadway sign was on the property of the State of California, Cal Trans. The State of California, Cal Trans, City of Gilroy and Does 1-50, Inclusive, knew, or should have known, about the sign being bent into traffic and the roadway.

**Prem.L-2.** ☒ Count One-Negligence The defendants who negligently owned, maintained, managed and operated the described premises were (names):
STATE OF CALIFORNIA, CAL TRANS, CITY OF GILROY, and
☒ Does __1__ to __50__

**Prem.L-3.** ☒ Count Two-Willful Failure to Warn [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were (names):

☐ Does __1__ to __50__
Plaintiff, a recreational user, was ☐ an invited guest ☐ a paying guest.

**Prem.L-4.** ☒ Count Three-Dangerous Condition of Public Property The defendants who owned public property on which a dangerous condition existed were (names):
STATE OF CALIFORNIA, CAL TRANS, CITY OF GILROY, and
☒ Does __1__ to __50__
a. ☒ The defendant public entity had ☐ actual ☒ constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. ☒ The condition was created by employees of the defendant public entity.

**Prem.L-5.** a. ☒ Allegations about Other Defendants The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were (names):
CITY OF GILROY
☐ Does __1__ to __50__
b. ☒ The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
☐ described in attachment Prem.L-5.b   ☒ as follows (names):
Plaintiff is informed, believes, and thereupon alleges that DOES 1-50, Inclusive, are liable to Plaintiff as they caused the dangerous condition that resulted in Plaintiff's injuries.

CAUSE OF ACTION-Premises Liability

Ronald Daniels

MICHAEL B. MOORE, ESQ. (State Bar No. 62182)
CHARLES A. BROWNING, ESQ. (State Bar No. 141950)
MOORE & BROWNING, A Law Corporation
595 Market Street, Suite 1320
San Francisco, California 94105
Telephone: (415) 956-6500
Facsimile: (415) 956-6580

PHILLIP M. TOBIN, ESQ. (SBN 64666)
152 North Third Street, Suite 800
San Jose, CA 95112
Telephone: (408) 298-5200
Facsimile: (408) 995-0531

Attorneys for Plaintiff RONALD DANIELS

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SANTA CLARA

| | |
|---|---|
| RONALD DANIELS;<br><br>Plaintiffs,<br>v.<br>STATE OF CALIFORNIA; et al.<br>Defendants. | CASE NO.: 1-04-CV-013479<br><br>DOE AMENDMENT TO COMPLAINT |

    Upon filing of the Complaint herein, plaintiff, being ignorant of the true names and capacities of defendant business entity CHRISP COMPANY, in the complaint on file in this action, hereby correct and amend his Complaint by inserting CHRISP COMPANY, in the place and stead of defendants Doe 1 wherever it appears in the Complaint.

    Upon filing of the Complaint herein, plaintiff, being ignorant of the true names and capacities of defendant business entity CRP CONSTRUCTION COMPANY, in the complaint on file in this action, hereby correct and amend his Complaint by inserting CRP CONSTRUCTION COMPANY, in the place and stead of defendants Doe 2 wherever it appears in the Complaint.

Doe Amendment
1

1    Upon filing of the Complaint herein, plaintiff, being ignorant of the true names and capacities
2  of defendant business entity HIGGINS & ASSOCIATES, in the complaint on file in this action,
3  hereby correct and amend his Complaint by inserting HIGGINS & ASSOCIATES, in the place and
4  stead of defendants Doe 3 wherever it appears in the Complaint.
5    Upon filing of the Complaint herein, plaintiff, being ignorant of the true names and capacities
6  of defendant business entity ROBERT F. ENZ CONSTRUCTION, INC., in the complaint on file
7  in this action, hereby correct and amend his Complaint by inserting ROBERT F. ENZ
8  CONSTRUCTION, INC., in the place and stead of defendants Doe 4 wherever it appears in the
9  Complaint.

DATED: December 8, 2006

MOORE & BROWNING
a Law Corporation

By: /s/ Michael B. Moore
Michael B. Moore

Doe Amendment
2

01/23/2007 10:05   415-956-6580                MOORE&BROWNING                           PAGE 03/04
01/22/07 04:59PM ONELE851 CR-AS MOORE & BROWNING        4159566580  Pg 3/3
01/22/2007 15:47   415-956-6580                MOORE&BROWNING                           PAGE 02/03

```
                                                        (ENDORSED)
                                                          FILED
 1  MICHAEL B. MOORE, ESQ. (State Bar No. 62182)
    CHARLES A. BROWNING, ESQ. (State Bar No. 141950)     JAN 22 07
 2  MOORE & BROWNING, A Law Corporation
    595 Market Street, Suite 1320                        KIR. TORRE
 3  San Francisco, California 94105                      CHIEF EXEC. OFFICER/CLERK
    Telephone: (415) 956-6500                            SUPERIOR COURT OF CA
 4  Facsimile: (415) 956-6580                            COUNTY OF SANTA CLARA
                                                         BY_____DEPUTY
 5  PHILLIP M. TOBIN, ESQ. (SBN 64666)
    152 North Third Street, Suite 800
 6  San Jose, CA 95112
    Telephone:  (408) 298-5200                           Clark Baker
 7  Facsimile:  (408) 995-0531

 8  Attorneys for Plaintiff RONALD DANIELS

 9

10           SUPERIOR COURT OF THE STATE OF CALIFORNIA

11                  FOR THE COUNTY OF SANTA CLARA

12

13  RONALD DANIELS;                      CASE NO.: 1-04-CV-013479

14                                       DOE AMENDMENT TO COMPLAINT
               Plaintiffs,
15      v.                                          BY FAX
16  STATE OF CALIFORNIA; et al.

17              Defendants.

18  ─────────────────────────────

19      Upon filing of the Complaint herein, plaintiff, being ignorant of the true names and capacities

20  of defendant business entity DMA GILROY PARTNERS, LLC, in the complaint on file in this

21  action, hereby correct and amend his Complaint by inserting DMA GILROY PARTNERS, LLC, in

22  the place and stead of defendants Doe 5 wherever it appears in the Complaint.

23      Upon filing of the Complaint herein, plaintiff, being ignorant of the true names and capacities

24  of defendant business entity COAST RIM PROPERTIES, in the complaint on file in this action,

25  hereby correct and amend his Complaint by inserting COAST RIM PROPERTIES, in the place and

26

27

28                          Doe Amendment
                                  1
                        10739607.tif - 1/22/2007 9:10:20 PM
```

stead of defendants Doe 6 wherever it appears in the Complaint.

DATED: January 22, 2007

MOORE & BROWNING
a Law Corporation

By: *Michael B. Moore*
Michael B. Moore

Doe Amendment
2