| *Attorney or Party without Attorney:*<br>STACY A. SMITH ESQ<br>Law Offices Of: PIERCE & SHEARER LLP<br>2483 E. BAYSHORE ROAD<br>SUITE 202<br>PALO ALTO, CA 94303<br>*Telephone No:* 650-843-1900 | | *For Court Use Only* |
|---|---|---|
| | *Ref. No. or File No.:* | |
| *Attorney for:* Plaintiff | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT - NORTHERN CALIFORNIA | | |
| *Plaintiff:* AMERICAN MOTORISTS INSURANCE COMPANY, AN ILLINOIS CORPORATIO | | |
| *Defendant:* CRP CONSTRUCTION COMPANY, ET AL | | |

| **PROOF OF SERVICE SUMMONS** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C07 05263 RS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

   C07 05263 RS

2. I served copies of the Summons In A Civil Case; Complaint For Declaratory Judgment; Exhibit A; Exhibit B; Exhibit C; Exhibit D; Civil Cover Sheet; Order Setting Initial Case Management Conference And Adr Deadline; Standing Order Regarding Case Management In Civil Cases; Contents Of Joint Case Management Statement; Adr Information; Prohibition Of Bias; U.S. District Court Northern California Ecf Registration Information Handout; Electronic Case Filing; Notice Of Electronic Availability Of Case File Information; Privacy; Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Waiver Of Service Of Summons; Instructions For Completion Of Adr Forms Regarding Selection Of An Adr Process; Blank Adr Certification By Parties And Counsel; Blank Stipulation And (Proposed) Order Selecting Adr Process; Blank Notice Of Need For Adr Phone Conference; In Re: Electronic Filing In Cases With Unrepresented Parties

3. a. Party served:   CHRISP COMPANY BY SERVING ROBERT P. CHRISP, AGENT OF SERVICE
   b. Person served:  CORIE JOHNSON, RECEPTIONIST

4. Address where the party was served:   43650 OSGOOD ROAD
                                         FREMONT,, CA 94539

5. I served the party:
   b. **by substituted service.** On: Tue., Oct. 30, 2007 at: 2:11PM by leaving the copies with or in the presence of:
      CORIE JOHNSON, RECEPTIONIST
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Tue., Oct. 30, 2007 from: PALO ALTO, CA

7. **Person Who Served Papers:**   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. KRAIG VORSATZ, C.C.P.S.
   b. **GOTCHA SUBPOENA SERVICES**
   PO BOX 6695, Registration # 237
   SAN MATEO, CA 94403
   c. 650 577-1860

   d. **The Fee for Service was:** $115.00
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.: 237
      (iii) County: San Mateo
      (iv) Expiration Date: Wed, Oct. 14, 2009

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Tue, Oct. 30, 2007

   Judicial Council Form
   Rule 982.9.(a)&(b) Rev January 1, 2007

   PROOF OF SERVICE
   SUMMONS

   (KRAIG VORSATZ, C.C.P.S.)

   pierce&.50398