| | |
|---|---|
| *Attorney or Party without Attorney:*<br>STACY A. SMITH ESQ<br>Law Offices Of: PIERCE & SHEARER LLP<br>2483 E. BAYSHORE ROAD<br>SUITE 202<br>PALO ALTO, CA 94303<br>Telephone No: 650-843-1900 | *For Court Use Only* |
| *Ref. No. or File No.:* | |
| *Attorney for:* Plaintiff | |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT - NORTHERN CALIFORNIA

*Plaintiff:* AMERICAN MOTORISTS INSURANCE COMPANY, AN ILLINOIS CORPORATIO
*Defendant:* CRP CONSTRUCTION COMPANY, ET AL

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C07 05263 RS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.    C07 05263 RS

2. I served copies of the Summons; In A Civil Case; Complaint For Declaratory Judgment; Exhibit A; Exhibit B; Exhibit C; Exhibit D; Civil Cover Sheet; Order Setting Initial Case Management Conference And Adr Deadline; Standing Order Regarding Case Management In Civil Cases; Contents Of Joint Case Management Statement; Adr Information; Prohibition Of Bias; U.S. District Court Northern California Ecf Registration Information Handout; Electronic Case Filing; Notice Of Electronic Availability Of Case File Information; Privacy; Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Waiver Of Service Of Summons; Instructions For Completion Of Adr Forms Regarding Selection Of An Adr Process; Blank Adr Certification By Parties And Counsel; Blank Stipulation And (Proposed) Order Selecting Adr Process; Blank Notice Of Need For Adr Phone Conference; In Re: Electronic Filing In Cases With Unrepresented Parties

3. a. *Party served:*   ROBERT F. ENZ CONSTRUCTION, INC. BY SERVING ROBERT F. ENZ, AGENT OF SERVICE

4. *Address where the party was served:*   700 PARK CENTER DRIVE
HOLLISTER, CA 95023

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Oct. 31, 2007 (2) at: 9:07AM

7. *Person Who Served Papers:*     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. KRIS W. VORSATZ
   b. **GOTCHA SUBPOENA SERVICES**
      161 W. 25TH AVENUE, SUITE 102-C, Registration # 237
      P.O. BOX 6695
      SAN MATEO, CA 94403
   c. 650 577-1860, FAX 650-577-1875

   d. *The Fee for Service was:* $225.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) *Registration No.:*   1160
      (iii) *County:*   Santa Clara
      (iv) *Expiration Date:*   Sat, Aug. 15, 2009

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Wed, Oct. 31, 2007

(KRIS W. VORSATZ)

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS

pierce&.50397