| Attorney or Party without Attorney: <br> Stacy A. Smith, Esq, Bar #219034 <br> Pierce & Shearer LLP <br> 2483 E. Bayshore Road, Suite 202 <br> Palo Alto, CA 94303 <br> Telephone No: 650-843-1900   FAX No: 650-843-1999 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United Stated District Court - Northern District Of California | | | | |
| Plaintiff: American Motorists Insurance Company | | | | |
| Defendant: CRP Construction Company, et al | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C0705263 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons; Complaint; Civil Cover Sheet; Order Setting Initial Case Management Conference And ADR Deadlines; Welcome To The United States District Court For The Northern District Of California, Clerk's Office, San Jose Division

3. a. Party served:           The State Of California
   b. Person served:         Officer Wasser, Badge #25, Person Authorized to Accept Service

4. Address where the party was served:    Attorney General's Office
                                          1300 I Street
                                          Sacramento, CA 95814

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Oct. 30, 2007 (2) at: 9:54AM

7. *Person Who Served Papers:*                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Mike Singh                                d. *The Fee for Service was:*    $60.00



1st Nationwide Legal Services
501 12th Street
Sacramento CA, 95814

Voice: 916.449.8990
FAX: 916.449.8991

   e. I am: (3) registered California process server
      (i)   Employee
      (ii)  Registration No.:    2000-02
      (iii) County:              Sacramento
      (iv)  Expiration Date:     Fri, Jan. 04, 2008

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Oct. 30, 2007

Judicial Council Form                        PROOF OF SERVICE              (Mike Singh)
Rule 982.9.(a)&(b) Rev January 1, 2007                                                    stasmi.79894