1   LINDA WENDELL HSU (SBN 162971)
    SELMAN BREITMAN LLP
2   33 New Montgomery, Sixth Floor
    San Francisco, CA  94105
3   Telephone: (415) 979-0400
    Facsimile: (415) 979-2099
4
    Attorneys for Defendant
5   CRP Construction Company
    DMA Gilroy Partners, LLC
6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11   AMERICAN MOTORISTS INSURANCE       CASE NO.  C07-05263 RS
     COMPANY, an Illinois
     corporation,                       STIPULATION AND [PROPOSED] ORDER
12                                      TO EXTEND TIME TO ANSWER OR
                                        OTHERWISE RESPOND TO THE
13            Plaintiff,                COMPLAINT

14       v.

15   CRP CONSTRUCTION COMPANY; DMA
     GILROY PARTNERS, LLC; RONALD
16   DANIELS; STATE OF CALIFORNIA;
     CALIFORNIA DEPARTMENT OF
17   TRANSPORTATION; CITY OF GILROY;
     CHRISP COMPANY; KEITH B. HIGGINS
18   AND ASSOCIATES, INC; ROBERT F.
     ENZ CONSTRUCTION, INC., and DOES
19   1 through 30,

20            Defendants.

21       THE PARTIES HEREBY STIPULATE TO THE FOLLOWING:

22       1.   Pursuant to Civil L.R. 6-1(a), the parties agree to

23   extend the time within which Defendants CRP Construction Company

24   and DMA Gilroy Partners, LLC shall file an Answer or otherwise

25   respond to the Complaint to January 23, 2008.

26       2.   The parties have agreed to this stipulation because

27   they have also agreed in principle to a settlement of the case.

28
                                    1

Selman Breitman LLP
ATTORNEYS AT LAW

143649.1  465.24458

1    **IT IS SO STIPULATED:**

2    DATED: January 2, 2008        PIERCE & SHEARER LLP

3

4                                 By: _____

5                                     STACY A. SMITH, ESQ.
                                      Attorney for Plaintiff
6                                     AMERICAN MOTORISTS INSURANCE
                                      COMPANY

7

8

9    DATED: January 2, 2008        SELMAN BREITMAN LLP

10

11                                By: _____

12                                    LINDA WENDELL HSU
                                      Attorney for Defendants
13                                    CRP CONSTRUCTION COMPANY
                                      DMA GILROY PARTNERS, LLC

14

15   **IT IS SO ORDERED:**

16   DATED: December   , 2007

17

18                                By: _____

19                                    Judge of the United States
                                      District Court

20

21

22

23

24

25

26

27

28
     ───────────────────────────────────────────────
                          2
           STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER
               OR OTHERWISE RESPOND TO THE COMPLAINT
                                              C07-05263