LINDA WENDELL HSU (SBN 162971)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

*E-FILED 1/4/08*

Attorneys for Defendant
CRP Construction Company
DMA Gilroy Partners, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMERICAN MOTORISTS INSURANCE COMPANY, an Illinois corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>CRP CONSTRUCTION COMPANY; DMA GILROY PARTNERS, LLC; RONALD DANIELS; STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF TRANSPORTATION; CITY OF GILROY; CHRISP COMPANY; KEITH B. HIGGINS AND ASSOCIATES, INC; ROBERT F. ENZ CONSTRUCTION, INC., and DOES 1 through 30,<br><br>            Defendants. | CASE NO.  C07-05263 RS<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT |

THE PARTIES HEREBY STIPULATE TO THE FOLLOWING:

1.   Pursuant to Civil L.R. 6-1(a), the parties agree to extend the time within which Defendants CRP Construction Company and DMA Gilroy Partners, LLC shall file an Answer or otherwise respond to the Complaint to January 23, 2008.

2.   The parties have agreed to this stipulation because they have also agreed in principle to a settlement of the case.

1
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER
OR OTHERWISE RESPOND TO THE COMPLAINT
C07-05263

143649.1  465.24458

1  IT IS SO STIPULATED:

2  DATED: January 2, 2008        PIERCE & SHEARER LLP

4                                By: _____
                                  STACY A. SMITH, ESQ.
5                                 Attorney for Plaintiff
                                  AMERICAN MOTORISTS INSURANCE
6                                 COMPANY

9  DATED: January 2, 2008        SELMAN BREITMAN LLP

11                               By: _____
                                  LINDA WENDELL HSU
12                                Attorney for Defendants
                                  CRP CONSTRUCTION COMPANY
13                                DMA GILROY PARTNERS, LLC

15 IT IS SO ORDERED:

16 DATED: ~~December XX, 2007~~
17        January 4, 2008

18                               By: _____
                                  Judge of the United States
19                                District Court

2

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER
OR OTHERWISE RESPOND TO THE COMPLAINT
C07-05263