Stacy A. Smith, Esq. (CA Bar No. 219034)
PIERCE & SHEARER LLP
2483 East Bayshore Road, Suite 202
Palo Alto, CA 94303
Telephone: (650) 843-1900
Facsimile: (650) 843-1999
Attorneys for Plaintiff AMERICAN MOTORISTS INSURANCE COMPANY

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| AMERICAN MOTORISTS INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>CRP CONSTRUCTION COMPANY; DMA GILROY PARTNERS, LLC; RONALD DANIELS; STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF TRANSPORTATION; CITY OF GILROY; CHRISP COMPANY; KEITH B. HIGGINS AND ASSOCIATES, INC.; ROBERT F. ENZ CONSTRUCTION, INC., and DOES 1 through 30,<br><br>Defendants. | Case No. 07-CV-5263 RS<br><br>**NOTICE OF ENTRY OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

1
**NOTICE OF ENTRY OF DISMISSAL WITH
PREJUDICE AND WITHOUT COSTS**

PLEASE TAKE NOTICE:

This action is dismissed with prejudice and without costs, pursuant to the Joint Stipulation Of Dismissal And Order Of Dismissal signed by The Honorable Richard Seeborg on January 23, 2008, attached hereto as Exhibit A.

Dated: February 4, 2008             Respectfully Submitted,

                                        PIERCE & SHEARER, LLP

                                        By:   /s/   Stacy A. Smith
                                             Stacy A. Smith
                                             Attorneys for AMERICAN MOTORISTS
                                             INSURANCE COMPANY

PIERCE & SHEARER LLP
2483 E. Bayshore Road, Suite 202, Palo Alto, CA 94303
PHONE (650) 843-1900 • FAX (650) 843-1999

# CERTIFICATE OF SERVICE

I, Christina Yanacek, declare as follows:

I am over eighteen years of age and not a party to the within action. I am employed in Santa Clara County, California. My business address is 2483 E. Bayshore Road, Suite 202, Palo Alto, California 94303.

On February 4, 2008, I served a copy of the following:

**NOTICE OF ENTRY OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**

on the parties named below as follows:

**SEE ATTACHED SERVICE LIST**

[ X ] **BY U.S. MAIL:** I am readily familiar with my employer's practice for collection and processing of correspondence for mailing with the United States Postal Service. I served said document(s) by following ordinary business practice and placing said document(s) in a sealed envelope for collection and mailing. In the ordinary course of business, said document(s) would have been deposited for first-class delivery with the United States Postal Service, with postage fully prepaid, the same day as placed for deposit. Each envelope bore the name and address of the person served as follows:

[ ] **VIA FACSIMILE:** By transmission by facsimile machine telephone number (650) 843-1999 to the fax numbers listed with the names above.

[ ] **BY PERSONAL SERVICE:** By personally delivering said document(s) to the following:

[ ] **BY OVERNIGHT DELIVERY:** I delivered the envelopes to FedEx for overnight delivery to the office(s) of the above addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on February 4, 2008 at Palo Alto, California.

_____

# SERVICE LIST

| Attorneys For CRP Construction Company And DMA Gilroy Partners, LLC: | Attorneys For City Of Gilroy: |
|---|---|
| Linda Wendell Hsu, Esq.<br>SELMAN BREITMAN LLP]<br>33 New Montgomery, 6th Floor<br>San Francisco, CA 94105<br>Telephone:  (415) 979-2024<br>Facsimile:  (415) 979-2099<br>Email:  lhsu@selmanbreitman.com | Timothy J. Schmal, Esq.<br>BURTON, VOLKMANN & SCHMAL LLP<br>133 Mission Street, Ste. 102<br>Santa Cruz, CA 95060<br>Telephone:  (831) 425-5023<br>Facsimile:  (831) 427-3159<br>Email:  tjs@bvsllp.com |
| Attorneys For Robert F. Enz. Construction, Inc.: | Attorneys For California Department Of Transportation And State Of California: |
| Clay A. Coelho, Esq.<br>MERRILL, NOMURA & MOLINEUX<br>250 Rose Street<br>Danville, CA 94526<br>Telephone:  (925) 833-1000 ext. 5<br>Facsimile:  (925) 833-1001<br>Email:  ccoelho@merrillnomura.com | David Sullivan, Esq.<br>CALTRANS Legal Office<br>595 Market Street, #1700<br>San Francisco, CA 94105<br>Telephone:  (415) 982-3130<br>Facsimile:  (415) 904-2333<br>Email:  david_sullivan@dot.ca.gov |
| Attorneys For Keith B. Higgins & Associates, Inc.: | Attorneys For Chrisp Company: |
| Thorsten J. Pray, Esq.<br>GORDON & REES<br>275 Batter Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone:  (415) 986-5900<br>Facsimile:  (415) 986-8054<br>Email:  tpray@gordonrees.com | James F. Hetherington, Esq.<br>JENKINS, GOODMAN, NEUMAN & HAMILTON<br>417 Montgomery Street, 10th Floor<br>San Francisco, CA 94104<br>Telephone:  (415) 705-0400<br>Facsimile:  (415) 705-0411<br>Email:  jhetherington@jgn.com |
| Authorized Representative For Steadfast Insurance Company:<br><br>Kelli Belpedio, Claim Specialist<br>P.O. Box 66975<br>Chicago, IL 60666-0975<br>Telephone:  (847) 605-6097<br>Facsimile:  (847) 413-5714<br>Email: Kelli.belpedio@zurichna.com | |

PIERCE & SHEARER LLP
2483 E. Bayshore Road, Suite 202, Palo Alto, CA 94303
PHONE (650) 843-1900 • FAX (650) 843-1999