**EXHIBIT A**

FILED
JAN 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

AMERICAN MOTORISTS INSURANCE )
COMPANY, an Illinois corporation, )
                     Plaintiff, )
               v. ) Case No. 07-CV-5263
CRP CONSTRUCTION COMPANY; )
DMA GILROY PARTNERS, LLC; RONALD )
DANIELS; STATE OF CALIFORNIA; )
CALIFORNIA DEPARTMENT OF )
TRANSPORTATION; CITY OF GILROY; )
CHRISP COMPANY; KEITH B. HIGGINS )
AND ASSOCIATES, INC.; ROBERT F. ENZ )
CONSTRUCTION, INC., )
                    Defendants. )

### JOINT STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL

The parties hereto, by and through their respective counsel, hereby stipulate and agree to dismiss the above-captioned action, with prejudice and without costs, in accordance with the following provisions and releases:

WHEREAS, CRP Construction Company ("CRP") and DMA Gilroy Partners, LLC ("DMA") have asserted that American Motorists Insurance Company ("AMICO") issued a certain commercial liability insurance policy under Policy Number 7RS 668 450-02, effective from November 20, 2002 through November 20, 2003 (the "Policy") and that AMICO is obligated to defend and indemnify CRP and DMA for claims asserted against them in a lawsuit captioned *Ronald Daniels, et al. v. State of California, et al.*, corresponding with case number 1-04-CV-013479 (the "Underlying Action") under the aforesaid Policy; and

WHEREAS, for various reasons, AMICO has denied and reserved its right to deny that it is obligated to defend or indemnify CRP or DMA for the Underlying Action, and it continues to deny that the aforesaid Policy affords coverage, either in whole or in part, to CRP or DMA for the Underlying Action; and

WHEREAS, AMICO brought suit in the United States District Court, Northern District of California – San Jose Division, in an action captioned *American Motorists Insurance Company v. CRP Construction Company, et al.*, and corresponding with Case No. 07-CV-5263 (the "Action") to seek a declaration that it has no duty to defend or indemnify CRP or DMA in the Underlying Action which alleges, among other things, that CRP and DMA, general

contractors hired to perform off-site roadway and traffic signal improvements in Gilroy, California, are liable for the alleged negligent placement of road signs which proximately caused a motorcycle accident and resulting personal injuries to the underlying plaintiff (Ronald Daniels);

WHEREAS, the parties and their respective insurers desire to stipulate and agree that all claims asserted in the above-captioned Action are dismissed with prejudice and on the merits, subject to the following general stipulation and release, with all parties bearing their own costs and attorneys' fees;

NOW THEREFORE, in consideration of the mutual promises contained herein and other good and valuable consideration, the receipt of which are hereby acknowledged, the parties, by and through their respective counsel, hereby stipulate and agree as follows:

1. **Recitals.** The recitals above are incorporated into this Joint Stipulation of Dismissal.

2. **Defendants' Release of AMICO.** Defendants, for themselves and their respective insurers, including, but not limited to, Steadfast Insurance Company, past, present and future partners, officers, directors, stockholders, attorneys, agents, servants, representatives, employees, subsidiaries, affiliates, predecessors and successors in interest and assigns, and all other persons, firms, or corporations in which any of the former have been, are now or may hereinafter be affiliated, hereby forever release and discharge Plaintiff AMICO and all of its, past, present and future partners, officers, directors, stockholders, attorneys, agents, servants, representatives, employees, subsidiaries, affiliates, predecessors and successors in interest and assigns, and all other persons, firms, or corporations in which any of the former have been, are now or may hereinafter be affiliated of and from any and all claims, debts, liabilities, damages and causes of action which were, might or could have been asserted in the above-captioned Action, including, without limitation, any and all past and present claims, rights, causes of action, obligations or demands for economic loss, interest, general damages, statutory claims or damages, punitive damages, attorneys' fees, and all costs incurred directly or indirectly which, in any manner or fashion, arise from or relate to the Policy, the Action or the Underlying Action.

3. **AMICO's Release of Defendants.** AMICO, for itself, past, present and future partners, officers, directors, stockholders, attorneys, agents, servants, representatives, employees, subsidiaries, affiliates, predecessors and successors in interest and assigns, and all other persons, firms, or corporations in which any of the former have been, are now or may hereinafter be affiliated, hereby forever release and discharge Defendants, their insurers, and all of their, past, present and future partners, officers, directors, stockholders, attorneys, agents, servants, representatives, employees, subsidiaries, affiliates, predecessors and successors in interest and assigns, and all other persons, firms, or corporations in which any of the former have been, are now or may hereinafter be affiliated of and from any and all claims, debts, liabilities, damages and causes of action asserted in the above-captioned Action, including, but not limited to, all matters that arise from or relate to the Policy, the Action, or the Underlying Action.

4. **Authority to Execute.** Each person signing this Joint Stipulation of Dismissal warrants and represents that he has full authority to execute the same on behalf of the parties on whose behalf he so signs, and that he is acting within the scope of such authority, and agrees to indemnify and hold harmless each other party from any successful claim that such signature was unauthorized.

5. **Integration.** This Joint Stipulation of Dismissal represents the entire agreement between the parties regarding the Action and all prior understandings and agreements regarding the Action have been incorporated herein.

6. **Execution In Counterparts/By Fax.** This Joint Stipulation of Dismissal may be executed in multiple counter-parts, each of which shall be an original and all of which shall constitute one and the same instrument. Any one or more of the Parties may execute and deliver the signature page to this Joint Stipulation of Dismissal by facsimile.

Respectfully Submitted,

| CRP CONSTRUCTION COMPANY and DMA GILROY PARTNERS, LLC | AMERICAN MOTORISTS INSURANCE COMPANY |
|---|---|
| By: _____<br>One of their attorneys<br><br>Linda Wendell Hsu<br>SELMAN BREITMAN LLP<br>33 New Montgomery, 6th Floor<br>San Francisco, CA 94105<br>Telephone: (415)979-2024<br>Facsimile: (415)979-2099<br>lhsu@selmanbreitman.com | By: _____<br>One of their attorneys<br><br>Stacy A. Smith<br>PIERCE & SHEARER, LLP<br>2483 E. Bayshore Road, Suite 202<br>Palo Alto, CA 94303<br>Telephone: (650)843-1900<br>Facsimile: (650)843-1999<br>stacy@pierceshearer.com |
| **CITY OF GILROY** | **ROBERT F. ENZ CONSTRUCTION, INC.** |
| By: _____<br>One of their attorneys<br><br>Timothy J. Schmal<br>BURTON, VOLKMANN & SCHMAL, LLP<br>133 Mission Street, Ste. 102<br>Santa Cruz, CA 95060<br>Telephone: (831)425-5023<br>Facsimile: (831)427-3159<br>tjs@bvsllp.com | By: _____<br>One of their attorneys<br><br>Clay A. Coelho<br>MERRILL, NOMURA & MOLINEUX<br>250 Rose Street<br>Danville, CA 94526<br>Telephone: (925) 833-1000 ext. 5<br>Facsimile: (925) 833-1001<br>ccoelho@merrillnomura.com |

4. <u>Authority to Execute.</u> Each person signing this Joint Stipulation of Dismissal warrants and represents that he has full authority to execute the same on behalf of the parties on whose behalf he so signs, and that he is acting within the scope of such authority, and agrees to indemnify and hold harmless each other party from any successful claim that such signature was unauthorized.

5. <u>Integration.</u> This Joint Stipulation of Dismissal represents the entire agreement between the parties regarding the Action and all prior understandings and agreements regarding the Action have been incorporated herein.

6. <u>Execution In Counterparts/By Fax.</u> This Joint Stipulation of Dismissal may be executed in multiple counter-parts, each of which shall be an original and all of which shall constitute one and the same instrument. Any one or more of the Parties may execute and deliver the signature page to this Joint Stipulation of Dismissal by facsimile.

Respectfully Submitted,

| CRP CONSTRUCTION COMPANY and DMA GILROY PARTNERS, LLC | AMERICAN MOTORISTS INSURANCE COMPANY |
|---|---|
| By: _____<br>One of their attorneys<br><br>Linda Wendell Hsu<br>SELMAN BREITMAN LLP<br>33 New Montgomery, 6th Floor<br>San Francisco, CA 94105<br>Telephone: (415)979-2024<br>Facsimile: (415)979-2099<br>lhsu@selmanbreitman.com | By: _____<br>One of their attorneys<br><br>Stacy A. Smith<br>PIERCE & SHEARER, LLP<br>2483 E. Bayshore Road, Suite 202<br>Palo Alto, CA 94303<br>Telephone: (650)843-1900<br>Facsimile: (650)843-1999<br>stacy@pierceshearer.com |
| CITY OF GILROY | ROBERT F. ENZ CONSTRUCTION, INC. |
| By: _____<br>One of their attorneys<br><br>Timothy J. Schmal<br>BURTON, VOLKMANN & SCHMAL, LLP<br>133 Mission Street, Ste. 102<br>Santa Cruz, CA 95060<br>Telephone: (831)425-5023<br>Facsimile: (831)427-3159<br>tjs@bvsllp.com | By: _[signature]_____<br>One of their attorneys<br><br>Clay A. Coelho<br>MERRILL, NOMURA & MOLINEUX<br>250 Rose Street<br>Danville, CA 94526<br>Telephone: (925) 833-1000 ext. 5<br>Facsimile: (925) 833-1001<br>ccoelho@merrillnomura.com |

3

4. **Authority to Execute.** Each person signing this Joint Stipulation of Dismissal warrants and represents that he has full authority to execute the same on behalf of the parties on whose behalf he so signs, and that he is acting within the scope of such authority, and agrees to indemnify and hold harmless each other party from any successful claim that such signature was unauthorized.

5. **Integration.** This Joint Stipulation of Dismissal represents the entire agreement between the parties regarding the Action and all prior understandings and agreements regarding the Action have been incorporated herein.

6. **Execution In Counterparts/By Fax.** This Joint Stipulation of Dismissal may be executed in multiple counter-parts, each of which shall be an original and all of which shall constitute one and the same instrument. Any one or more of the Parties may execute and deliver the signature page to this Joint Stipulation of Dismissal by facsimile.

Respectfully Submitted,

| CRP CONSTRUCTION COMPANY and DMA GILROY PARTNERS, LLC | AMERICAN MOTORISTS INSURANCE COMPANY |
|---|---|
| By: _[signature]_<br>One of their attorneys<br><br>Linda Wendell Hsu<br>SELMAN BREITMAN LLP<br>33 New Montgomery, 6th Floor<br>San Francisco, CA 94105<br>Telephone: (415)979-2024<br>Facsimile: (415)979-2099<br>lhsu@selmanbreitman.com | By: _____<br>One of their attorneys<br><br>Stacy A. Smith<br>PIERCE & SHEARER, LLP<br>2483 E. Bayshore Road, Suite 202<br>Palo Alto, CA 94303<br>Telephone: (650)843-1900<br>Facsimile: (650)843-1999<br>stacy@pierceshearer.com |
| **CITY OF GILROY** | **ROBERT F. ENZ CONSTRUCTION, INC.** |
| By: _[signature]_<br>One of their attorneys<br><br>Timothy J. Schmal<br>BURTON, VOLKMANN & SCHMAL, LLP<br>133 Mission Street, Ste. 102<br>Santa Cruz, CA 95060<br>Telephone: (831)425-5023<br>Facsimile: (831)427-3159<br>tjs@bvsllp.com | By: _____<br>One of their attorneys<br><br>Clay A. Coelho<br>MERRILL, NOMURA & MOLINEUX<br>250 Rose Street<br>Danville, CA 94526<br>Telephone: (925) 833-1000 ext. 5<br>Facsimile: (925) 833-1001<br>ccoelho@merrillnomura.com |

3

JAN-14-2008 13:25 FROM:           TO:913185308539    P.6/6

| CALIFORNIA DEPARTMENT OF TRANSPORTATION and STATE OF CALIFORNIA<br><br>By: /s/ David Sullivan<br>      One of their attorneys<br><br>David Sullivan<br>CALTRANS LEGAL OFFICE<br>~~1120 N Street~~ 595 MARKET STREET #1700<br>~~Sacramento, California 95814~~ SF, CA 94105<br>Telephone: (415) 982-3130<br>Facsimile: (415) 904-2333<br>david_sullivan@dot.ca.gov | KEITH B. HIGGINS & ASSOCIATES, INC.<br><br>By:_____<br>      One of their attorneys<br><br>Thorsten J. Pray<br>GORDON & REES<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: (415) 986-5900<br>Facsimile: (415) 986-8054<br>tpray@gordonrees.com |
| --- | --- |
| CHRISP COMPANY<br><br>By:_____<br>      One of their attorneys<br><br>James F. Hetherington<br>JENKINS, GOODMAN, NEUMAN & HAMILTON<br>417 Montgomery Street, 10th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 705-0400<br>Facsimile: (415) 705-0411<br>jhetherington@jgn.com | STEADFAST INSURANCE COMPANY<br><br>By:_____<br>    Authorized Representative<br><br>Kelli Belpedio<br>Claim Specialist<br>P.O. Box 66975<br>Chicago, IL 60666-0975<br>Telephone: (847) 605-6097<br>Facsimile: (847) 413-5714<br>Kelli.belpedio@zurichna.com |

IT IS HEREBY ORDERED:

In accordance with, and pursuant to, the foregoing joint stipulation of the parties, this matter is dismissed with prejudice and on the merits, with all parties bearing their own costs and attorneys' fees.

ENTERED:

_____
Honorable Judge

4

| CALIFORNIA DEPARTMENT OF TRANSPORTATION and STATE OF CALIFORNIA<br><br>By: _____<br>One of their attorneys<br><br>David Sullivan<br>CALTRANS<br>1120 N Street<br>Sacramento, California 95814<br>Telephone: (415) 982-3130<br>Facsimile: (415) 904-2333<br>david_sullivan@dot.ca.gov | KEITH B. HIGGINS & ASSOCIATES, INC.<br><br>By: _/s/ Thorsten J. Pray_<br>One of their attorneys<br><br>Thorsten J. Pray<br>GORDON & REES<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: (415) 986-5900<br>Facsimile: (415) 986-8054<br>tpray@gordonrees.com |
|---|---|
| CHRISP COMPANY<br><br>By: _/s/ James Hetherington_<br>One of their attorneys<br><br>James F. Hetherington<br>JENKINS, GOODMAN, NEUMAN & HAMILTON<br>417 Montgomery Street, 10th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 705-0400<br>Facsimile: (415) 705-0411<br>jhetherington@jgn.com | STEADFAST INSURANCE COMPANY<br><br>By: _____<br>Authorized Representative<br><br>Kelli Belpedio<br>Claim Specialist<br>P.O. Box 66975<br>Chicago, IL 60666-0975<br>Telephone: (847) 605-6097<br>Facsimile: (847) 413-5714<br>Kelli.belpedio@zurichna.com |

IT IS HEREBY ORDERED:

In accordance with, and pursuant to, the foregoing joint stipulation of the parties, this matter is dismissed with prejudice and on the merits, with all parties bearing their own costs and attorneys' fees.

ENTERED:

_____
Honorable Judge

4

Jan. 18. 2008  8:01AM                                              No. 0793   P. 5/5

| CALIFORNIA DEPARTMENT OF TRANSPORTATION and STATE OF CALIFORNIA<br><br>By:_____<br>    One of their attorneys<br><br>David Sullivan<br>CALTRANS<br>1120 N Street<br>Sacramento, California 95814<br>Telephone: (415) 982-3130<br>Facsimile: (415) 904-2333<br>david_sullivan@dot.ca.gov | KEITH B. HIGGINS & ASSOCIATES, INC.<br><br>By:_____<br>    One of their attorneys<br><br>Thorsten J. Pray<br>GORDON & REES<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: (415) 986-5900<br>Facsimile: (415) 986-8054<br>tpray@gordonrees.com |
| CHRISP COMPANY<br><br>By:_____<br>    One of their attorneys<br><br>James F. Hetherington<br>JENKINS, GOODMAN, NEUMAN & HAMILTON<br>417 Montgomery Street, 10th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 705-0400<br>Facsimile: (415) 705-0411<br>jhetherington@jgn.com | STEADFAST INSURANCE COMPANY<br><br>By: /s/ Kelli Belpedio<br>    Authorized Representative<br><br>Kelli Belpedio<br>Claim Specialist<br>P.O. Box 66975<br>Chicago, IL 60666-0975<br>Telephone: (847) 605-6097<br>Facsimile: (847) 413-5714<br>Kelli.belpedio@zurichna.com |

**IT IS HEREBY ORDERED:**

In accordance with, and pursuant to, the foregoing joint stipulation of the parties, this matter is dismissed with prejudice and on the merits, with all parties bearing their own costs and attorneys' fees.

1/23/08

ENTERED:

_____
Honorable Judge

4